AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>DANIEL SAINTIL | ) ) ) ) ) ) ) | Case No. 13-8121-WM |
| Defendant(s) | | |

FILED by _____ D.C.

MAR 0 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 1, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2113(a) | Attempted Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel Waters, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: March 1, 2013

_____
Judge's signature

City and state: West Palm Beach, Florida

William Mathewman, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Daniel E. Waters, being duly sworn, states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for over three years. I am currently assigned to FBI's Safe Streets Task Force. As part of my duties, I have gained experience investigating violations of federal law.

2. This affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant for DANIEL SAINTIL. The information contained in this affidavit is based on my own personal knowledge as well as information provided to me by other law enforcement officers and others. Because this affidavit is being for the limited purpose of establishing probable cause, it does not contain each and every detail about this investigation of which I am aware.

3. On February 1, 2013, a subject, later identified as DANIEL SAINTIL, entered the BB&T bank, located at 11317 Okeechobee Boulevard, Royal Palm Beach, in the Southern District of Florida. DANIEL SAINTIL approached a teller, and asked if he could cash a check for $8,700. He was told by the teller that prior notice was required in order to cash a check in that amount. DANIEL SAINTIL then asked if he could cash a check for $5,000. The teller told DANIEL SAINTIL that prior notice was required in order to cash a check in that amount. DANIEL SAINTIL then handed the teller a demand note which read, "Give me $15,000 in 100's now or you will die." The teller told DANIEL SAINTIL to wait a minute at which time DANIEL SAINTIL asked for the note back and left the bank.

4. On February 4, 2013, Corporal Larry Robinson, a Corrections Officer with the Palm Beach County Sheriff's Office (PBSO), was interviewed. During the interview, Corporal Robinson was shown video surveillance stills of several recent bank robberies, which included surveillance stills from the February 1, 2013 attempted robbery of BB&T bank. Corporal Robinson identified DANIEL SAINTIL in the photographs taken from the February 1, 2013 attempted robbery of BB&T bank. DANIEL SAINTIL is the half-brother of Corporal Robinson's step son.

5. On February 6, 2013, the PBSO Latent Prints Unit analyzed a latent print that was lifted from the "teller counter" in connection with the February 1, 2013 attempted robbery of BB&T bank. The latent print was scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"), an FBI database that matches scanned fingerprints against existing prints in the system. This revealed that the latent print matched that of DANIEL SAINTIL, date of birth XX/XX/91, social security account number XXX-XX-7766.

6. Your affiant has viewed video surveillance and surveillance stills taken from the February 1, 2013 attempted robbery of BB&T bank. Your affiant compared the video surveillance and surveillance stills to DANIEL SAINTIL's Driver's License photographs. The subject captured in the video and surveillance stills appears to be DANIEL SAINTIL.

7. BB&T bank, located at 11317 Okeechobee Boulevard, Royal Palm Beach, Florida, is a bank whose deposits at all relevant times were insured by the Federal Deposit Insurance Corporation.

Based on the foregoing facts, your affiant submits that probable cause exists to believe that DANIEL SAINTIL, committed the offenses of attempted bank robbery, in violation of Title 18, United States Code, Sections 2113 (a).

FURTHER YOUR AFFIANT SAYETH NOT.

Daniel E. Waters, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 1st day of ~~February~~, 2013.
MARCH

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8121-WM

IN RE: COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY
By: _s/ A. Lothrop Morris_
LOTHROP MORRIS
Assistant United States Attorney
Florida Bar No. 0095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711